# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ELMER C. JURANI | § | Case No. 14-34585 |
| KIMBERLY M. JURANI | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/23/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    30,137.68

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 316.94 |
| Bank service fees | 314.13 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 4,025.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 25,481.61 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  02/10/2015  and the deadline for filing governmental claims was  03/23/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,361.27 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,361.27 , for a total compensation of $ 3,361.27 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 12.78 , for total expenses of $ 12.78 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/06/2016                    By: /s/Peter N. Metrou, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-34585 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ELMER C. JURANI | | | | Date Filed (f) or Converted (c): | 09/23/2014 (f) |
| | KIMBERLY M. JURANI | | | | 341(a) Meeting Date: | 11/06/2014 |
| For Period Ending: | 12/06/2016 | | | | Claims Bar Date: | 02/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. residence/24841 Franklin Lane, Plainfield, IL. | 148,000.00 | 0.00 | | 0.00 | FA |
| 2. cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking W/Earthmovers Credit Union | 400.00 | 0.00 | | 0.00 | FA |
| 4. Savings W/Earthmovers Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 5. misc. household goods & furnshings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. misc. wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance W/MetLife # Beneficiary/Kimber | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(K) | 283,732.00 | 0.00 | | 0.00 | FA |
| 10. 401(K) | 6,510.00 | 0.00 | | 0.00 | FA |
| 11. Stock in Caterpillar 456 shares | 50,160.00 | 25,634.45 | | 30,137.68 | FA |
| 12. 2007 Honda Odyssey | 6,039.00 | 0.00 | | 0.00 | FA |
| 13. 2013 Honda Civic (9,000 miles) | 13,477.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $512,143.00        $25,634.45        $30,137.68        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hired broker to sell Caterpillar stock. Stocks split and holding company failed and transferred stocks to E-trade. Ongoing communications with E-trade to obtain stock certificates and recovery made. Stocks were successfully sold on 2/22/2016, asset is fully administered.

RE PROP #        11   --   Liquidation of Caterpillar stocks

Page: 2

Case 14-34585    Doc 30    Filed 12/06/16    Entered 12/06/16 10:54:17    Desc Main
Initial Projected Date of Final Report (TFR): 12/01/2015    Current Projected Date of Final Report (TFR): 09/30/2016
Document      Page 4 of 12

Exhibit A

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-34585 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ELMER C. JURANI | Bank Name: | Associated Bank |
| | KIMBERLY M. JURANI | Account Number/CD#: | XXXXXX5322 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0849 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/22/16 | | WELLS FARGO ADVISORS, LLC One North JeffersonSt. Louis, MO 63103 | Liquidation of Caterpillar Stocks | | $29,659.45 | | $29,659.45 |
| | | | Gross Receipts $29,962.10 | | | | |
| | | Wells Fargo Advisors | Broker Commissions ($302.65) | 3610-000 | | | |
| | 11 | | Stock in Caterpillar 456 shares $29,962.10 | 1129-000 | | | |
| 03/02/16 | 11 | FIRST CLEARING, LLC One North JeffersonSt. Louis, MO 63103 | Stock dividends/Catepillar Stocks | 1129-000 | $175.58 | | $29,835.03 |
| 03/02/16 | 5001 | ELMER C. JURANI AND KIMBERLY M. JUR 24841 Franklin LanePlainfield, IL 60585 | Debtors' Exemptions Stock in Caterpillar Schedule C exemptions | 8100-002 | | $4,025.00 | $25,810.03 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.38 | $25,798.65 |
| 03/17/16 | 5002 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $14.29 | $25,784.36 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.69 | $25,744.67 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.04 | $25,707.63 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.22 | $25,669.41 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.93 | $25,632.48 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.11 | $25,594.37 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.05 | $25,556.32 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                Page Subtotals:                $29,835.03         $4,278.71

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 14-34585 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: ELMER C. JURANI | Bank Name: | Associated Bank |
| KIMBERLY M. JURANI | Account Number/CD#: | XXXXXX5322 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0849 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 12/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.77 | $25,519.55 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.94 | $25,481.61 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $29,835.03 | $4,353.42 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $29,835.03 | $4,353.42 |
| Less: Payments to Debtors | $0.00 | $4,025.00 |
| Net | $29,835.03 | $328.42 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 6)*          Page Subtotals:          $0.00          $74.71

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5322 - Checking Account (Non-Interest Earn | $29,835.03 | $328.42 | $25,481.61 |
| | $29,835.03 | $328.42 | $25,481.61 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $302.65 |
| Total Net Deposits: | $29,835.03 |
| Total Gross Receipts: | $30,137.68 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-34585-BWB  
Debtor Name: ELMER C. JURANI  
Claims Bar Date: 2/10/2015  

Date: December 6, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>50<br>4210 | AMERICAN HONDA FINANCE CORPORATION<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX  75016-8088<br>866-716-6441 | Secured<br>Payment Status:<br>Withdrawn | (1-1) Retail Installment Finance Agreement<br>(1-1) Creditor Requests Interest Rate of 1.49%<br>Claim withdrawn 8-5-15 | $0.00 | $17,500.13 | $17,500.13 |
| 2<br>70<br>7100 | U.S. DEPARTMENT OF EDUCATION<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO  80014 | Unsecured<br>Payment Status:<br>Valid To Pay | (2-1) student loan obligation | $0.00 | $40,317.67 | $40,317.67 |
| 3<br>70<br>7100 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | (3-1) Modified to correct creditors name on 12/10/14 (ar) | $0.00 | $6,352.48 | $6,352.48 |
| 4<br>70<br>7100 | CAPITAL ONE N. A<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | (4-1) CREDIT CARD DEBT | $0.00 | $1,132.66 | $1,132.66 |
| 5<br>70<br>7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $90.15 | $90.15 |
| 6<br>70<br>7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $22,465.01 | $22,465.01 |
| 7<br>70<br>7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $764.17 | $764.17 |
| 8<br>70<br>7100 | SYNCHRONY BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status:<br>Valid To Pay | (8-1) Car Care One or GEMB or GECRB | $0.00 | $1,024.94 | $1,024.94 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-34585-BWB  
Debtor Name: ELMER C. JURANI  
Claims Bar Date: 2/10/2015  

Date: December 6, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,361.27 | $3,361.27 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $12.78 | $12.78 |
| 100 3410 | POPOWCER KATTEN<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $892.50 | $892.50 |
| 100 3610 | Wells Fargo Advisors | Administrative<br>Payment Status:<br>Valid To Pay | Paid per c/o 2/20/15 | $0.00 | $302.65 | $302.65 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $14.29 | $14.29 |
| | Case Totals | | | $0.00 | $94,230.70 | $94,230.70 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                         Printed: December 6, 2016

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-34585
Case Name: ELMER C. JURANI
　　　　　　KIMBERLY M. JURANI
Trustee Name: Peter N. Metrou, Trustee

| | | | |
|---|---|---|---|
| Balance on hand | | $ | 25,481.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 3,361.27 | $ 0.00 | $ 3,361.27 |
| Trustee Expenses: Peter N. Metrou | $ 12.78 | $ 0.00 | $ 12.78 |
| Accountant for Trustee Fees: POPOWCER KATTEN | $ 892.50 | $ 0.00 | $ 892.50 |
| Auctioneer Fees: Wells Fargo Advisors | $ 302.65 | $ 302.65 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 14.29 | $ 14.29 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,266.55 |
| Remaining Balance | $ 21,215.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,147.08  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  29.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | U.S. DEPARTMENT OF EDUCATION | $ 40,317.67 | $ 0.00 | $ 11,855.53 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 6,352.48 | $ 0.00 | $ 1,867.97 |
| 4 | CAPITAL ONE N. A | $ 1,132.66 | $ 0.00 | $ 333.06 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 90.15 | $ 0.00 | $ 26.51 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 22,465.01 | $ 0.00 | $ 6,605.90 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 764.17 | $ 0.00 | $ 224.71 |
| 8 | SYNCHRONY BANK | $ 1,024.94 | $ 0.00 | $ 301.38 |

Total to be paid to timely general unsecured creditors          $          21,215.06

Remaining Balance                                              $               0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE