UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Elmer C. Jurani, | ) | Case No. 14 B 34585 |
| Kimberly M. Jurani, | ) | |
| | ) | |
| Debtors. | ) | Honorable Judge Pamela S. Hollis |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on February 27, 2017 **(Document #37)** is withdrawn.   It is withdrawn because the wrong document was filed.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on February 28, 2017, and served on all parties identified as Registrants on the service list below through the Court=s Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on February 28, 2017.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Peter Metrou
Met.trustee7@att.net

Bradley S. Covey
Bradley.covey@qmail.com

**Parties Served via First Class Mail:**

**Elmer C. Jurani**
**Kimberly M. Jurani**
24841 Franklin Lane
Plainfield, IL    60585