# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ELMER C. JURANI | § | Case No. 14-34585 |
| KIMBERLY M. JURANI | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 167,516.00 *(Without deducting any secured claims)* | Assets Exempt: 298,492.00 |
| Total Distributions to Claimants: 21,215.06 | Claims Discharged Without Payment: 358,482.02 |
| Total Expenses of Administration: 4,897.62 | |

3) Total gross receipts of $ 30,137.68  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,025.00  (see **Exhibit 2**), yielded net receipts of $ 26,112.68  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 197,950.00 | $ 17,500.13 | $ 17,500.13 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,897.62 | 4,897.62 | 4,897.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,600.00 | 72,147.08 | 72,147.08 | 21,215.06 |
| **TOTAL DISBURSEMENTS** | $ 307,550.00 | $ 94,544.83 | $ 94,544.83 | $ 26,112.68 |

4) This case was originally filed under chapter 7 on 09/23/2014 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/03/2017               By:/s/Peter N. Metrou, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock in Caterpillar 456 shares | 1129-000 | 30,137.68 |
| **TOTAL GROSS RECEIPTS** | | **$30,137.68** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ELMER C. JURANI AND KIMBERLY M. JUR | Exemptions | 8100-002 | 4,025.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,025.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15220 Wilmington, DE 19886 | | 14,300.00 | NA | NA | 0.00 |
| | Honda Financial PO Box 5308 Elgin, IL 60121 | | 18,150.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank Home Mortgage 4801 Frederica Street Owensboro, KY 42301 | | 165,500.00 | NA | NA | 0.00 |
| 1 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | NA | 17,500.13 | 17,500.13 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 197,950.00 | $ 17,500.13 | $ 17,500.13 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 3,361.27 | 3,361.27 | 3,361.27 |
| Peter N. Metrou | 2200-000 | NA | 12.78 | 12.78 | 12.78 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 14.29 | 14.29 | 14.29 |
| Associated Bank | 2600-000 | NA | 314.13 | 314.13 | 314.13 |
| POPOWCER KATTEN | 3410-000 | NA | 892.50 | 892.50 | 892.50 |
| Wells Fargo Advisors | 3610-000 | NA | 302.65 | 302.65 | 302.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,897.62 | $ 4,897.62 | $ 4,897.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sandra Jurani/Alexandra;1004 Kendall;Elburn, IL 60119 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285 | | 34,600.00 | NA | NA | 0.00 |
| | Capital One PO Box 30285 Salt Lake City, UT 84130 | | 6,000.00 | NA | NA | 0.00 |
| | Chase Southwest PO Box 15298 Wilmington, DE 19850 | | 5,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiCard PO Box 6500 Sioux Falls, SD 57117 | | 22,000.00 | NA | NA | 0.00 |
| | GE Capital Retail PO Box 960061 Orlando, FL 32896 | | 500.00 | NA | NA | 0.00 |
| | Kohl's PO Box 3043 Milwaukee, WI 53201 | | 800.00 | NA | NA | 0.00 |
| | Nelnet P.O. Box 82561 Lincoln, NE 68501-2561 | | 40,000.00 | NA | NA | 0.00 |
| | Shell PO Box 6406 Sioux Falls, SD 57117 | | 600.00 | NA | NA | 0.00 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 90.15 | 90.15 | 26.51 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 6,352.48 | 6,352.48 | 1,867.97 |
| 4 | CAPITAL ONE N. A | 7100-000 | NA | 1,132.66 | 1,132.66 | 333.06 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 22,465.01 | 22,465.01 | 6,605.90 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 764.17 | 764.17 | 224.71 |
| 8 | SYNCHRONY BANK | 7100-000 | NA | 1,024.94 | 1,024.94 | 301.38 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | U.S. DEPARTMENT OF EDUCATION | 7100-000 | NA | 40,317.67 | 40,317.67 | 11,855.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 109,600.00 | $ 72,147.08 | $ 72,147.08 | $ 21,215.06 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-34585 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ELMER C. JURANI | | | | Date Filed (f) or Converted (c): | 09/23/2014 (f) |
| | KIMBERLY M. JURANI | | | | 341(a) Meeting Date: | 11/06/2014 |
| For Period Ending: | 02/03/2017 | | | | Claims Bar Date: | 02/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  residence/24841 Franklin Lane, Plainfield, IL. | 148,000.00 | 0.00 | | 0.00 | FA |
| 2.  cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3.  Checking W/Earthmovers Credit Union | 400.00 | 0.00 | | 0.00 | FA |
| 4.  Savings W/Earthmovers Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 5.  misc. household goods & furnshings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6.  misc. wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7.  Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 8.  Term Life Insurance W/MetLife # Beneficiary/Kimber | 0.00 | 0.00 | | 0.00 | FA |
| 9.  401(K) | 283,732.00 | 0.00 | | 0.00 | FA |
| 10.  401(K) | 6,510.00 | 0.00 | | 0.00 | FA |
| 11.  Stock in Caterpillar 456 shares | 50,160.00 | 25,634.45 | | 30,137.68 | FA |
| 12.  2007 Honda Odyssey | 6,039.00 | 0.00 | | 0.00 | FA |
| 13.  2013 Honda Civic (9,000 miles) | 13,477.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $512,143.00 | $25,634.45 | | $30,137.68 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed broker to sell Caterpillar stock on 1/23/2015 see Dkt# 20. Stocks split and holding company failed and transferred stocks to E-trade. Ongoing communications with E-trade to obtain stock certificates and recovery made. Stocks sold on 2/22/2016, asset is fully administered. 9/20/2016 Motion to employ accountant granted see Dkt# 28. TFR submitted on 11/18/2016.

RE PROP #        11    --    Liquidation of Caterpillar stocks

Initial Projected Date of Final Report (TFR): 12/01/2015          Current Projected Date of Final Report (TFR): 09/30/2016

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-34585 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ELMER C. JURANI | Bank Name: Associated Bank |
| KIMBERLY M. JURANI | Account Number/CD#: XXXXXX5322 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0849 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/03/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/22/16 | | WELLS FARGO ADVISORS, LLC One North JeffersonSt. Louis, MO 63103 | Liquidation of Caterpillar Stocks | | $29,659.45 | | $29,659.45 |
| | | | Gross Receipts                     $29,962.10 | | | | |
| | | Wells Fargo Advisors | Broker Commissions              ($302.65) | 3610-000 | | | |
| | 11 | | Stock in Caterpillar 456 shares    $29,962.10 | 1129-000 | | | |
| 03/02/16 | 11 | FIRST CLEARING, LLC One North JeffersonSt. Louis, MO 63103 | Stock dividends/Catepillar Stocks | 1129-000 | $175.58 | | $29,835.03 |
| 03/02/16 | 5001 | ELMER C. JURANI AND KIMBERLY M. JUR 24841 Franklin LanePlainfield, IL 60585 | Debtors' Exemptions Stock in Caterpillar Schedule C exemptions | 8100-002 | | $4,025.00 | $25,810.03 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.38 | $25,798.65 |
| 03/17/16 | 5002 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $14.29 | $25,784.36 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $39.69 | $25,744.67 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $37.04 | $25,707.63 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $38.22 | $25,669.41 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $36.93 | $25,632.48 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $38.11 | $25,594.37 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $38.05 | $25,556.32 |

Page Subtotals:                    $29,835.03        $4,278.71

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-34585 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: ELMER C. JURANI | Bank Name: Associated Bank | |
| KIMBERLY M. JURANI | Account Number/CD#: XXXXXX5322 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX0849 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 02/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.77 | $25,519.55 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.94 | $25,481.61 |
| 01/09/17 | 5003 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL  60543 | Distribution | | | $3,374.05 | $22,107.56 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($3,361.27) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($12.78) | 2200-000 | | |
| 01/09/17 | 5004 | POPOWCER KATTEN 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL  60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $892.50 | $21,215.06 |
| 01/09/17 | 5005 | U.S. DEPARTMENT OF EDUCATION C/O Nelnet 3015 South Parker Road, Suite 400 Aurora, CO  80014 | Final distribution to claim 2 representing a payment of 29.41 % per court order. | 7100-000 | | $11,855.53 | $9,359.53 |
| 01/09/17 | 5006 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | Final distribution to claim 3 representing a payment of 29.41 % per court order. | 7100-000 | | $1,867.97 | $7,491.56 |
| 01/09/17 | 5007 | CAPITAL ONE N. A c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 4 representing a payment of 29.41 % per court order. | 7100-000 | | $333.06 | $7,158.50 |
| 01/09/17 | 5008 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK  73124-8838 | Final distribution to claim 5 representing a payment of 29.41 % per court order. | 7100-000 | | $26.51 | $7,131.99 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $0.00 $18,424.33

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-34585 | Trustee Name: Peter N. Metrou, Trustee | Exhibit 9 |
| Case Name: ELMER C. JURANI | Bank Name: Associated Bank | |
| KIMBERLY M. JURANI | Account Number/CD#: XXXXXX5322 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX0849 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 02/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | 5009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | Final distribution to claim 6 representing a payment of 29.41 % per court order. | 7100-000 | | $6,605.90 | $526.09 |
| 01/09/17 | 5010 | PYOD, LLC ITS SUCCESSORS AND ASSIGN assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | Final distribution to claim 7 representing a payment of 29.41 % per court order. | 7100-000 | | $224.71 | $301.38 |
| 01/09/17 | 5011 | SYNCHRONY BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL  33131-1605 | Final distribution to claim 8 representing a payment of 29.41 % per court order. | 7100-000 | | $301.38 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $29,835.03 | $29,835.03 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $29,835.03 | $29,835.03 |
| Less: Payments to Debtors | | $0.00 | $4,025.00 |
| Net | | $29,835.03 | $25,810.03 |

Page Subtotals:                    $0.00          $7,131.99

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5322 - Checking Account (Non-Interest Earn | $29,835.03 | $25,810.03 | $0.00 |
| | $29,835.03 | $25,810.03 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $302.65 | |
| Total Net Deposits: | $29,835.03 | |
| Total Gross Receipts: | $30,137.68 | |